Magistrate Judge Karen L. Strombom

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MOBILE WORKFORCE, INC., a Delaware corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>PACIFIC MEDICAL, INC., a California corporation,<br><br>　　　　　　　　　　Defendant. | Civil No. C05-5229 KLS<br><br>**STIPULATED MOTION FOR EXTENSION OF PRETRIAL DEADLINES AND ORDER** |

Pursuant to Fed. R. Civ. P. 6(b) and Local Civil Rule 16, the above-referenced parties jointly move for, and hereby stipulate to, an extension of the deadlines approved by the Court in the Order Setting Trial Dates, and Ordering Mediation dated July 20, 2005. Subject to the Court's approval, the parties hereby stipulate to the following changes in the discovery and case-management schedule for this action.

　　　　1.　　The current discovery deadline of March 28, 2006 shall be changed so that all of the discovery is to be completed **no later than April 25, 2006**. This four week extension is requested due to the necessary rescheduling of the February 28 and March 1, 2006 depositions of Defendant's personnel due to Plaintiff's counsel's trial schedule.

1　**STIPULATED MOTION FOR EXTENSION OF PRETRIAL DEADLINES AND ORDER**

2. Three depositions of Defendant's personnel are now scheduled for April 4, 2006. This is the first available date for the deponents following the requirement to reschedule.

3. All other dates, including the trial date, set in the July 20, 2005 Order Setting Trial Dates, and Ordering Mediation are to remain as set by the Order.

4. Upon approval by the Court, **the only date to be reset will be the discovery deadline, until April 25, 2006**.

IT IS SO STIPULATED.

DATED this 16th day of March, 2006.

LINDSAY, HART, NEIL & WEIGLER, LLP          KELLER ROHRBACK, LLP

By: _/s/_____      By:_/s/_____
    Edward T. Tylicki, WSBA #30082               Rob J. Crichton, WSBA #20471
    Attorney for Defendant                        Attorney for Plaintiff
    Pacific Medical, Inc.                         Mobile Workforce, Inc.

IT IS SO ORDERED this 20th day of March, 2006.

   ___s/ Karen L. Strombom_____
   Honorable Karen L. Strombom
   U.S. Magistrate Judge

2   STIPULATED MOTION FOR EXTENSION OF
    PRETRIAL DEADLINES AND ORDER

LINDSAY, HART, NEIL & WEIGLER, LLP
1300 SW FIFTH AVE., SUITE 3400
PORTLAND, OREGON 97201-5640
503-226-7677

C:\Documents and Settings\kstrombom\Local
Settings\Temp\notesFFF692\~7168723.wpd

## **CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing **STIPULATED MOTION FOR EXTENSION OF PRETRIAL DEADLINES AND ORDER [PROPOSED]** on the following party:

>Rob J. Crichton
>Keller Rohrback, LLP
>1201 Third Ave., Suite 3200
>Seattle, WA  98101-3052
>
>   Attorneys for Plaintiff

by mailing a true and correct copy thereof to said party on the date below.

DATED: March 16, 2006.

/s/_____
Edward T. Tylicki, WSBA #30082
(503) 226-7697 (FAX)
etylicki@lindsayhart.com

Attorney for Defendant Pacific Medical, Inc

1 - **CERTIFICATE OF SERVICE**

LINDSAY, HART, NEIL & WEIGLER, LLP
SUITE 3400
1300 SW FIFTH AVENUE
PORTLAND, OREGON 97201-5640
503-226-7677

C:\Documents and Settings\kstrombom\Local Settings\Temp\notesFFF692\~7168723.wpd