The Honorable Karen L. Strombom

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| MOBILE WORKFORCE, INC., a Delaware corporation, | ) ) ) | No. C05-5229 KLS |
| Plaintiff, | ) ) | PRETRIAL ORDER |
| v. | ) ) | |
| PACIFIC MEDICAL, INC., a California corporation, | ) ) ) | |
| Defendant. | ) ) ) | |

## I.  JURISDICTION

This Court has original subject matter jurisdiction, pursuant to 28 U.S.C. § 1332, because the parties are "citizens of different states" and the matter in controversy exceeds the sum or value of $75,000.

## II.  CLAIMS AND DEFENSES

The Plaintiff will pursue the following claims at trial:

1.  Breach of contract;

2.  Account stated;

3.  Moneys due and owing;

PRETRIAL ORDER
(C05-5229 KLS) Page - 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

C:\DOCUME~1\KSTROM~1\LOCALS~1\TEMP\NOTESFFF692\PRETRIAL.ORDER.FINAL.

4. Unjust enrichment; and

5. Quantum meruit.

In addition, the Plaintiff will pursue the following affirmative defenses to Defendant's Counterclaim:

1. Failure to state a claim for relief;

2. Offset;

3. Failure to mitigate damages;

4. Waiver; and

5. Estoppel.

The Defendant will pursue the following affirmative defenses at trial:

1. Failure to state a claim for relief;

2. Failure of conditions precedent;

3. Offset;

4. Objection to amounts claimed;

5. Estoppel; and

6. Waiver.

The Defendant will pursue the following claims defenses at trial:

1. Breach of contract; and

2. Breach of written and oral agreements.

### III.  ADMITTED FACTS

The following facts are admitted by the parties:

1. Plaintiff Mobile Workforce, Inc. ("MWF") is a Delaware corporation in good standing, with its primary place of business in Port Orchard, Kitsap County, Washington.

PRETRIAL ORDER
(C05-5229 KLS) Page - 2

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

C:\DOCUME~1\KSTROM~1\LOCALS~1\TEMP\NOTESFFF692\PRETRIAL.ORDER.FINAL.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

2.  MWF is the provider of software products to help companies provide their mobile sales forces with real-time distribution chain management capabilities.

3.  Defendant Pacific Medical, Inc. ("Pacific Medical") is a California corporation with its primary place of business at 1264 Stealth Street, Livermore, California 94551.

4.  Pacific Medical is in the business of selling medical supplies and was a customer of MWF.

5.  In early 2003, Pacific Medical negotiated with MWF regarding the purchase of hardware and software.

6.  On March 26, 2003, MWF and Pacific Medical entered into an End User License Agreement.

7.  MWF presented Pacific Medical with a Quotation containing a price list dated May 14, 2003.

8.  On August 5, 2003, Paul Wiese of Pacific Medical e-mailed David Weir or MWF, describing the hardware and 12 features that Pacific Medical required.

9.  By the end of August 2003, Pacific Medical had four representatives who had been trained on, and were utilizing, the workSmart! computer software and associated hardware on a trial basis.

10. Four handheld units were provided to Pacific Medical as hardware in the summer of 2003 for this trial basis.

11. On or about December 16, 2003, David Weir, on behalf of MWF, signed a "Purchase Agreement for Hardware, with Software" provided by Pacific Medical.  The document was not signed nor subsequently signed by Pacific Medical.

PRETRIAL ORDER
(C05-5229 KLS) Page - 3

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

C:\DOCUME~1\KSTROM~1\LOCALS~1\TEMP\NOTESFFF692\PRETRIAL.ORDER.FINAL.

12. WorkSmart! software and associated hardware was delivered to Pacific Medical in several shipments. The bulk of the hardware, approximately 14 handheld units, was delivered to Pacific Medical by early February 2004.

13. MWF billed Pacific Medical $177,153.70 by invoice no. 10043, dated December 10, 2003.

14. A payment totaling $111,748.03 was made on behalf of Pacific Medical.

15. MWF also invoiced Pacific Medical $19,650.03 for use of and access to the workSmart! application service provider system.

The Plaintiff contends as follows:

1. In March and April 2003, MWF and Pacific Medical entered into an End User License Agreement ("EULA") subject to agreed-upon terms and conditions governing Pacific Medical's use of the MWF workSmart! software and associated hardware, including handheld computers, by Pacific Medical's sales representatives. Those documents, along with a series of e-mail communications between the parties, establish the price, quantity, and time of delivery of the goods.

2. The parties agreed on pricing set forth in MWF's system quotation letter dated April 2, 2003.

3. The EULA incorporates by reference MWF's Terms and Conditions, which provide for an award of attorney's fees and costs to the prevailing party in this action.

4. The software and associated hardware were delivered to Pacific Medical in several shipments and Pacific Medical does not dispute their receipt.

5. MWF completed the training of the Pacific Medical sales team in the workSmart! system in March 2004, by which time the system was fully operational.

PRETRIAL ORDER
(C05-5229 KLS) Page - 4

C:\DOCUME~1\KSTROM~1\LOCALS~1\TEMP\NOTESFFF692\PRETRIAL.ORDER.FINAL.

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

6.   MWF invoiced Pacific Medical $177,153.70 for the products and Pacific Medical never contested its accuracy.   Payment was made on behalf of Pacific Medical totaling $111,748.03, leaving a balance in the amount of $65,405.67.   Despite due demand, the balance remains unpaid.

7.   MWF also agreed to allow Pacific Medical use of and access to the workSmart! application service provider system at MWF offices for consideration, payable monthly, in the amount of $1,374.25 per month.   Pacific Medical availed itself of this service and was invoiced for such fees in the total amount of $19,650.03 which, despite due demand, remains unpaid and due and owing.

8.   In accordance with the parties' agreements, Pacific Medical has enjoyed the benefit of using the workSmart! system, and used it commercially into 2005.   As a result, it is liable to MWF for breach of contract; account stated; for moneys due and owing; for unjust enrichment; and for quantum meruit.

9.   MWF denies that the proposed "Hardware (with Software) License and Purchase Agreement" dated December 16, 2003 was ever agreed to and denies that it supersedes the earlier EULA and that it is the operative agreement governing Pacific Medical's purchases from MWF at issue in this action.

The Defendant contends as follows:

1.   In or about March 2003, Pacific Medical entered into negotiations with MWF for the purchase of handheld computer hardware and sales inventory and distribution computer software.

2.   The primary purpose of this system was the ability to track Pacific Medical's sales and inventory, including on the handheld units of Pacific Medical's sales force in the field.

PRETRIAL ORDER
(C05-5229 KLS) Page - 5

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

C:\DOCUME~1\KSTROM~1\LOCALS~1\TEMP\NOTESFFF692\PRETRIAL.ORDER.FINAL.

3.   In the summer of 2003, there were extensive discussions between Pacific Medical and MWF regarding what capabilities and features Pacific Medical needed in an inventory system. Key features required were memorialized in various e-mails, including one sent on August 4, 2003.

4.   On December 16, 2003, the parties entered into a comprehensive "Purchase Agreement for Hardware, with Software" which described their agreement and specifically superseded the earlier licensing agreement and invoice.

5.   The EULA does not apply to the sale of software and hardware to Pacific Medical. By its own terms, it is limited to "the terms and conditions for the use by you ["Pacific Medical"] of Mobile Workforce's workSmart!™ software."

6.   The EULA does not provide for an award of attorney's fees and costs to the prevailing party in this action.

7.   The Purchase Agreement provides for an award of reasonable attorney's fees and costs to the prevailing party in this action.

8.   Pacific Medical disputes that MWF provided software with the capability it agreed to provide on a timely basis.

9.   Pacific Medical contests MWF's billing of $177,153.70 since it failed to provide the product agreed to on a timely basis.

10. While Pacific Medical made some limited use of the MWF software, it was not the system it contracted for.

## IV.  ISSUES OF LAW

The Plaintiff believes that the following issues of law should be determined by the Court:

PRETRIAL ORDER
(C05-5229 KLS) Page - 6

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

C:\DOCUME~1\KSTROM~1\LOCALS~1\TEMP\NOTESFFF692\PRETRIAL.ORDER.FINAL.

1.  Is Pacific Medical liable to MWF for breach of contract under the terms of the EULA, MWF's quotation, and the parties' subsequent e-mails communications and course of performance?

2.  Is Pacific Medical liable to MWF for the unpaid balance of invoices under the doctrine of account stated?

3.  Is Pacific Medical liable to MWF for the unpaid balance of invoices under the doctrine of moneys due and owing?

4.  Is Pacific Medical liable to MWF for the unpaid balance of invoices under the doctrine of unjust enrichment?

5.  Is Pacific Medical liable to MWF for the unpaid balance of invoices under the doctrine of quantum meruit?

6.  Is Pacific Medical liable to MWF for its reasonable attorneys' fees and costs incurred in connection with this action?

The Defendant believes that the following issues of law should be determined by the Court:

1.  Is MWF liable to Pacific Medical for a breach of contract under the terms of the Purchase Agreement, oral agreements, and the parties' prior and subsequent e-mail communications?

2.  Has MWF failed to state a claim for relief under the EULA since it is limited to the "terms and conditions for the use" of software?

3.  Is MWF liable to Pacific Medical for its reasonable attorney's fees and costs incurred in connection with this action?

PRETRIAL ORDER
(C05-5229 KLS) Page - 7

C:\DOCUME~1\KSTROM~1\LOCALS~1\TEMP\NOTESFFF692\PRETRIAL.ORDER.FINAL.

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1    4. Is MWF liable to Pacific Medical for consequential damages as a result of the

2    untimely delivery?

3
## V.  EXPERT WITNESSES
4

5    The name(s) and addresses of the expert witness(es) to be used by each party at the trial

6    and the issues upon which each will testify is:

7    On behalf of the Plaintiff:

8    a.  Shelly Arnold

9    V.P. Operations,
     Mobile Workforce, Inc.
10   2501 Mile Hill Drive, Suite A-104
     P. O. Box 633
11   Port Orchard, WA 98366-0633

12   Ms. Arnold will testify regarding all issues in dispute as a fact witness.  In addition, she

13   will testify as an expert witness regarding the functionality of the workSmart! system, and

14   specifically, each of the aspects that Pacific Medical contends were not fully functional, and

15   regarding upgrades to the software.

16
     b.  David G. Weir
17

18   President, CEO
     Mobile Workforce, Inc.
19   2501 Mile Hill Drive, Suite A-104
     P. O. Box 633
20   Port Orchard, WA 98366-0633

21   Mr. Weir will testify regarding all issues in dispute as a fact witness.  In addition, he will

22   testify as an expert witness regarding the functionality of the workSmart! system, and

23   specifically, each of the aspects that Pacific Medical contends were not fully functional, and

24   regarding upgrades to the software.  He will also testify as a rebuttal witness to rebut the

25   testimony of Pacific Medical's expert witness, as set forth in his rebuttal report.

26

PRETRIAL ORDER
(C05-5229 KLS) Page - 8

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

C:\DOCUME~1\KSTROM~1\LOCALS~1\TEMP\NOTESFFF692\PRETRIAL.ORDER.FINAL.

On behalf of the Defendant:

    a.   William R. Beardsley

William R. Beardsley Consulting
784 Manor Way
Los Altos, CA 94204

Mr. Beardsley will testify as to the areas covered in his expert report (a copy of which is attached hereto as Exhibit "A"), including, but not limited to, the workSmart! System provided to Pacific Medical and the implementation of the features agreed to between Pacific Medical and MWF.

## VI. OTHER WITNESSES

The names and addresses of witnesses, other than experts, to be used by each party at the time of trial and the general nature of the testimony of each are as follows:

On behalf of the Plaintiff:

1.   David G. Weir

President and CEO
Mobile Workforce, Inc.
2501 Mile Hill Drive, Suite A-104
P. O. Box 633
Port Orchard, WA 98366-0633

Subject:  Mr. Weir will testify regarding all issues in dispute including the negotiation of the parties' agreement, the software and associated hardware, delivery of the product and services, meetings and communications with Pacific Medical representatives regarding the software and associated hardware, invoices issued to Pacific Medical and its partial payment, the functionality of the workSmart! system, upgrades to the software, and MWF's damages.

PRETRIAL ORDER
(C05-5229 KLS) Page - 9

C:\DOCUME~1\KSTROM~1\LOCALS~1\TEMP\NOTESFFF692\PRETRIAL.ORDER.FINAL.

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

2.  Shelly Arnold

V.P., Operations
Mobile Workforce, Inc.
2501 Mile Hill Drive, Suite A-104
P. O. Box 633
Port Orchard, WA 98366-0633

Subject:  Ms. Arnold will testify regarding all issues in dispute including the negotiation of the parties' agreement, the software and associated hardware, delivery of the product and services, meetings and communications with Pacific Medical representatives regarding the software and associated hardware,  invoices issued to Pacific Medical and its partial payment, the functionality of the workSmart! system, upgrades to the software, and MWF's damages.

3.  Tess Krimsky

806 Saddleback Circle
Livermore, CA 9451

Subject:  Ms. Krimsky was, until February 2005, employed by Pacific Medical as a surgical coordinator.  She will testify through her deposition transcript regarding Pacific Medical's daily use and operation of the workSmart! system.

4.  Jerry Doll

1264 Stealth Street
Livermore, CA 94551

Subject:  Mr. Doll is a sales representative for Pacific Medical and may be called to testify through his deposition transcript of his use of the workSmart! system.

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

C:\DOCUME~1\KSTROM~1\LOCALS~1\TEMP\NOTESFFF692\PRETRIAL.ORDER.FINAL.

5.  Brent Santos

    1264 Stealth Street
    Livermore, CA 94551

Subject:  Mr. Santos is a sales representative for Pacific Medical and may be called to testify through his deposition transcript of his use of the workSmart! system.

6.  Jamie DeCoite

    1264 Stealth Street
    Livermore, CA 94551

Subject:  Mr. DeCoite is a sales representative for Pacific Medical and may be called to testify through his deposition transcript of his use of the workSmart! system.

7.  Rich Rollins

    1264 Stealth Street
    Livermore, CA 94551

Subject:  Mr. Rollins is a sales representative for Pacific Medical and may be called to testify through his deposition transcript of his use of the workSmart! system.

8.  David Roderick

    1264 Stealth Street
    Livermore, CA 94551

Subject:  Mr. Roderick is a sales representative for Pacific Medical and may be called to testify through his deposition transcript of his use of the workSmart! system.

9.  Tim Flannigan

    1264 Stealth Street
    Livermore, CA 94551

Subject:  Mr. Flannigan is a sales representative for Pacific Medical and may be called to testify through his deposition transcript of his use of the workSmart! system.

PRETRIAL ORDER
(C05-5229 KLS) Page - 11

C:\DOCUME~1\KSTROM~1\LOCALS~1\TEMP\NOTESFFF692\PRETRIAL.ORDER.FINAL.

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

10. Scott Freeman

    155 East Campbell Avenue, #145
    Campbell, CA 95008

Subject:  Mr. Freeman is a sales representative for Pacific Medical and may be called to testify through his deposition transcript of his use of the workSmart! system.

11. Brian Richert

    820 Park Row, Suite 1
    Salinas, CA 93901

Subject:  Mr. Richert is a sales representative for Pacific Medical and may be called to testify through his deposition transcript of his use of the workSmart! system.

12. Dave Gamroth

    9570 S.W. Barbur Boulevard, Suite 209
    Portland, OR

Subject:  Mr. Gamroth is a sales representative for Pacific Medical and will be called to testify through his deposition transcript of his use of the workSmart! system.

On behalf of the Defendant:

Defendant reserves the right to call and examine all witnesses listed by plaintiff.

1.  Jeff Leonard

    CFO
    Pacific Medical, Inc.
    1264 Stealth Street
    Livermore, CA 94551
    (800) 726-9180

Subject:  Mr. Leonard will testify regarding Pacific Medical's counterclaims against MWF, the agreements between MWF and Pacific Medical, and to damages.  Mr. Leonard will also testify consistent with the testimony given in his deposition taken April 4, 2006.

PRETRIAL ORDER
(C05-5229 KLS) Page - 12

C:\DOCUME~1\KSTROM~1\LOCALS~1\TEMP\NOTESFFF692\PRETRIAL.ORDER.FINAL.

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

2.  Paul Wiese

V.P. of Sales
Pacific Medical, Inc.
1264 Stealth Street
Livermore, CA 94551
(800) 726-9180

Subject:   Mr. Wiese will testify regarding all issues in dispute, including Pacific Medical's counterclaims against MWF, the agreements between MWF and Pacific Medical, and to damages.  He will testify to the parties' negotiations, the specifications for the product agreed to by the parties, and the product promised in a timely manner.  Mr. Wiese will also testify consistent with the testimony given in his deposition taken April 4, 2006.

3.  John Petlansky

Pacific Medical, Inc.
1264 Stealth Street
Livermore, CA 94551
(800) 726-9180

Subject:   Mr. Petlansky will testify regarding Pacific Medical's counterclaims against MWF, the agreements between MWF and Pacific Medical, and to damages.  Mr. Petlansky will also testify consistent with the testimony given in his deposition taken April 4, 2006.

4.  David G. Weir

President and CEO
Mobile Workforce, Inc.
2501 Mile Hill Drive, Suite A-104
P. O. Box 633
Port Orchard, WA 98366-0633

Subject:  Mr. Weir will testify as to areas covered in his deposition taken March 2, 2006.

PRETRIAL ORDER
(C05-5229 KLS) Page - 13

C:\DOCUME~1\KSTROM~1\LOCALS~1\TEMP\NOTESFFF692\PRETRIAL.ORDER.FINAL.

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

5. Shelly Arnold

   V.P., Operations
   Mobile Workforce, Inc.
   2501 Mile Hill Drive, Suite A-104
   P. O. Box 633
   Port Orchard, WA 98366-0633

Subject:  Ms. Arnold will testify as to areas covered in her deposition taken March 2,

2006.

6. Miten Marfatia

   Evolveware
   3375 Scott Boulevard, Bldg. 330
   Santa Clara, CA 95054

Subject:  Mr. Marfatia will testify regarding his knowledge of the Mobile Workforce

system delivered to Pacific Medical.

7. Dave Gamroth
   9570 S.W. Barbur Boulevard, Suite 209
   Portland, OR

Subject:  Mr. Gamroth will testify to the use of the Mobile Workforce workSmart!

product.

## VII. EXHIBITS

| Exh. # | Description | Authenticity | | Admissibility | |
|--------|-------------|--------------|----------|---------------|----------|
| | | Stipulation | Objection | Stipulation | Objection |
| 1 | March 26, 2003 End-User License Agreement MW 366-69 | ● | | ● | |
| 2 | Mobile Workforce Invoice No. 10043 (MW 0061) | ● | | ● | |
| 3 | Quotation dated April 2, 2003,  MW 0067-71 | ● | | ● | |
| 4 | Delivery Note MW 0065 | ● | | ● | |

PRETRIAL ORDER
(C05-5229 KLS) Page - 14

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

C:\DOCUME~1\KSTROM~1\LOCALS~1\TEMP\NOTESFFF692\PRETRIAL.ORDER.FINAL.

| | | | | | |
|---|---|---|---|---|---|
| 5 | Mobile Workforce Invoices MW 0040-64, 0081 | | Lack of foundation | | Lack of foundation; relevance |
| 6 | Deposition Ex. 46 Summary of workSmart! Release History MW 0571-72 | | Lack of foundation | | Lack of foundation; relevance |
| 7 | Pages 1-10 of PacMed Inventory Received Chart, Mar. 1, 2004 to Dec. 1, 2004 Bates Nos. MW 0573-82 | | Lack of foundation | | Relevance |
| 8 | Email from Paul Wiese to David Weir dated August 5, 2003 (PMI 000247-PMI000248) | ● | | ● | |
| 9 | Email from David Weir to Paul Wiese and Jeff Leonard dated August 6, 2003 (MW0075-MW0077) | ● | | ● | |
| 10 | Email from David Weir to Paul Wiese dated August 22, 2003 (PMI 000242-PMI 000243) | ● | | ● | |
| 11 | Email from David Weir to Paul Wiese dated August 22, 2003 (PMI 000246) | ● | | ● | |
| 12 | Email from David Weir to Jeff Leonard and Paul Wiese dated September 2, 2003 (PMI 000237) | ● | | ● | |
| 13 | Email from David Weir to Paul Wiese dated October 14, 2003 (PMI 000232-PMI 000234) | ● | | ● | |
| 14 | Hardware (with Software) License and Purchase Agreement dated 12/16/03 (PMI 000001-PMI 000026) | ● | | ● | |
| 15 | Email from David Weir to Jeff Leonard and Paul Wiese dated November 5, 2003 (PMI 000178-PMI 000185) | ● | | | Relevance |

PRETRIAL ORDER
(C05-5229 KLS) Page - 15

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

C:\DOCUME~1\KSTROM~1\LOCALS~1\TEMP\NOTESFFF692\PRETRIAL.ORDER.FINAL.

| 16 | Email from Patricio Cano to David Weir dated December 16, 2003 (MW0089-MW0110) | ● | | ● | |
| 17 | Co-Marketing Agreement for the Total Distributor Management System (PMI 000027-PMI 000036) | ● | | | Relevance |
| 18 | Email from David Weir to Jeff Leonard dated January 21, 2004 (MW0003-MW0004) | ● | | ● | |
| 19 | Email from Dave Weir to Paul Wiese dated January 22, 2004 (MW0019) | ● | | ● | |
| 20 | Email from Jeff Leonard to David Weir dated January 22, 2004 (PMI 000168-PMI 000169) | ● | | ● | |
| 21 | Email from David Weir to Paul Wiese dated February 2, 2004 (MW0017-MW0018) | ● | | ● | |
| 22 | Email from David Weir to Jeff Leonard dated February 4, 2004 (MW0005-MW0007) | ● | | ● | |
| 23 | Email from David Weir to Paul Wiese dated February 10, 2004 (MW0024-MW0029) | ● | | ● | |
| 24 | Email from David Weir to Paul Wiese dated February 10, 2004 (MW0010-MW0016) | ● | | ● | |
| 25 | Email from David Weir to Paul Wiese dated April 8, 2004 (MW0020-MW0023) | ● | | ● | |
| 26 | Email from Paul Wiese to David Weir dated April 8, 2004 (PMI 000083-PMI 000087) | ● | | ● | |

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

C:\DOCUME~1\KSTROM~1\LOCALS~1\TEMP\NOTESFFF692\PRETRIAL.ORDER.FINAL.

| 27 | Email from David Weir to John Petlansky dated April 27, 2004 (MW0084-MW0087) | ● | | ● | |
| 28 | Email from Paul Wiese to David Weir dated May 12, 2004 (PMI 000095-PMI 000096) | ● | | ● | |
| 29 | Pacific Medical Meeting Minutes for June 2, 2004 meeting (MW0036-MW0037) | ● | | ● | |
| 30 | Email from Dreamhost.com to Shelly Arnold re Release Announcement dated December 22, 2004 (MW0567-MW0568) | ● | | ● | |
| 31 | Email from Dreamhost.com to Shelly Arnold dated January 25, 2005 (MW0569-MW0570) | ● | | ● | |
| 32 | Mobile Workforce, Inc. A/R Aging Detail dated February 17, 2005 and Invoices to Pacific Medical (Deposition Ex 29) | ● | | ● | |
| 33 | Check from New Tech Leasing Company LLC to Mobile Workforce dated December 12, 2003 in the amount of $111,748.03 | ● | | | Relevance |
| 34 | Email from David Weir to Jeff Leonard and Paul Wiese dated February 25, 2004 (PMI 000134) | ● | | ● | |
| 35 | Email from David Weir to Paul Wiese dated February 12, 2004 (PMI 000137-PMI 000139) | ● | | ● | |
| 36 | Email from David Weir to Jeff Leonard dated April 10, 2003 (PMI 000106-PMI 000107) | ● | | ● | |

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

C:\DOCUME~1\KSTROM~1\LOCALS~1\TEMP\NOTESFFF692\PRETRIAL.ORDER.FINAL.

| | | | | | |
|---|---|:---:|---|:---:|---|
| 37 | Email from David Weir to Jeff Leonard dated November 5, 2003 (PMI 000173-PMI 000177) | ● | | ● | |
| 38 | Email from David Weir to Paul Wiese dated May 25, 2004 (MW0008-MW0009) | ● | | ● | |
| 39 | Resume for Shelly R. Arnold (Deposition Exhibit 38) | ● | | ● | |
| 40 | Email from Shelly Arnold to announcements@list-mobile-workforce.com dated July 14, 2003 (MW0555-MW056) | ● | | ● | |
| 41 | Spreadsheets of Web Features and PacMed Sales and workSmart! Release History (MW0571-MW0572) | | Lack of foundation; relevance | | Lack of foundation; relevance |
| 42 | Email from David Weir to Jeff Leonard dated September 2, 2003 (PMI 000237) | ● | | ● | |
| 43 | Email from Dreamhost.com to Shelly Arnold dated December 5, 2003 (MW0563-MW0564) | ● | | ● | |
| 44 | Email from Dreamhost.com to Shelly Arnold dated February 7, 2004 (MW0565-MW0566) | ● | | ● | |
| 45 | Email from Shelly Arnold to Paul Wiese dated July 14, 2004 (PMI 000078) | ● | | ● | |
| 46 | Release Notes Mobile Workforce workSmart! Release 2.5 (MW 0557-58) | ● | | ● | |
| 47 | Release Notes Mobile Workforce workSmart! Release 2.7 (MW 0386-87) | ● | | ● | |
| 48 | Release Notes Mobile Workforce workSmart! Release 2.7 (MW0559-60) | ● | | ● | |

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

C:\DOCUME~1\KSTROM~1\LOCALS~1\TEMP\NOTESFFF692\PRETRIAL.ORDER.FINAL.

| 49 | Release Notes Mobile Workforce workSmart! Release 2.8 (MW0388-89) | ● | | ● | |
| 50 | Release Notes Mobile Workforce workSmart! Release 2.9 (MW0390-91) | ● | | ● | |
| 51 | Release Notes Mobile Workforce workSmart! Release 2.10 (MW0393-94) | ● | | ● | |
| 52 | Release Notes Mobile Workforce workSmart! Release 3.0 (MW0395) | ● | | ● | |
| 53 | Release Notes Mobile Workforce workSmart! Release 3.2 (MW0396-97) | ● | | ● | |
| 54 | Release Notes Mobile Workforce workSmart! Release 3.4 (MW0398-99) | ● | | ● | |
| 55 | Email from Tess Krimsky to Shelly Arnold dated November 5, 2004 (MW0586-87) | ● | | | Lack of foundation; relevance; document attached is not document referenced in e-mail |

NO EXHIBIT 56 PROVIDED BY PLAINTIFF

| | | Authenticity | | Admissibility | |
|---|---|---|---|---|---|
| Exh. # | Description | Stipulation | Objection | Stipulation | Objection |
| 57 | Screenshots of handheld computers with workSmart! software (MW 0598-0742) | | Lack of foundation | | Relevance |
| 58 | Sales Volume Report (MW 0289-359) | | Lack of foundation | | Relevance |
| 59 | Summary of dollar value of total Pacific Medical sales in 2003 and 2004 using workSmart! system | | Lack of foundation | | |
| 60 | Pacific Medical Inventory Received print-out (MW 0573-582) | | Lack of foundation | | Relevance |
| 61 | User Guide for Pocket PC (MW 0516-47) | ● | | ● | |

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

| Exh. # | Description | Authenticity | | Admissibility | |
|---|---|---|---|---|---|
| | | Stipulation | Objection | Stipulation | Objection |
| 62 | User Guide Version 2.7 (MW0400-515) | ● | | | Relevance |
| 63 | workSmart! Set-Up User Guide Version 3.1 (MW0548-52) | ● | | | Relevance |
| 64 | How To Download E-mail to Pocket PC (MW 0553) | ● | | | Relevance |
| 65 | Set up Active Sync (MW 554) | ● | | | Relevance |
| 66 | e-mail December 5, 2003 re Release Notes Version 2.10 (MW 0563-64) | ● | | | Relevance |
| 67 | e-mail December 22, 2004 re Release Notes Version 3.2 (MW 0567-68) | ● | | ● | |
| 68 | e-mail January 25, 2005 re Release Notes Version 3.4 (MW 0569-70) | ● | | ● | |
| 69 | e-mail December 2, 2004 Tess Krimsky to Shelly Arnold (MW 0583-85) | | Lack of foundation | | Relevance |
| 70 | User Guide Version 3.2.7 (MW 0147-283) | ● | | | Relevance |
| 71 | Terms and Conditions (MW 0360-64) | | Lack of foundation; relevance | | Relevance |

Defendant's Exhibits

Defendant reserves the right to use all exhibits offered and listed by plaintiff.

| Exh. # | Description | Authenticity | | Admissibility | |
|---|---|---|---|---|---|
| | | Stipulation | Objection | Stipulation | Objection |
| 100 | David Weir Depo. Ex. 2; resume for David Weir | | | | |
| 101 | David Weir Depo. Ex. 3; letter from David Weir to Jeff Leonard on 4/2/03 (MW0067-MW0071) | | | | |

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

C:\DOCUME~1\KSTROM~1\LOCALS~1\TEMP\NOTESFFF692\PRETRIAL.ORDER.FINAL.

| | | | | | | |
|---|---|---|---|---|---|---|
| 102 | David Weir Depo. Ex. 4; End-User License Agreement (EULA) (MW0366-MW0369) | | | | | |
| 103 | David Weir Depo. Ex. 5; email from Jeff Leonard to Matt Werner on 6/15/05 (PMI 000247-PMI 000248) | | | | | |
| 104 | David Weir Depo. Ex. 6; email from David Weir to Paul Wiese and Jeff Leonard on 8/6/03 (MW0075-MW0077) | | | | | |
| 105 | David Weir Depo. Ex. 7; email from David Weir to Paul Wiese on 8/22/03 (PMI 000242-PMI 000243) | | | | | |
| 106 | David Weir Depo. Ex. 8; email from David Weir to Paul Wiese on 8/22/03 (PMI 000246) | | | | | |
| 107 | David Weir Depo. Ex. 9; email from David Weir to Jeff Leonard and Paul Wiese on 9/2/03 (PMI 000237) | | | | | |
| 108 | David Weir Depo. Ex. 10; email from David Weir to Paul Wiese on 10/14/03 (PMI 000232-PMI 000234) | | | | | |
| 109 | David Weir Depo. Ex. 11; Hardware (with software) License and Purchase Agreement (PMI 000001-PMI 000026) | | | | | |
| 110 | David Weir Depo. Ex. 12; email from Jeff Leonard to Matt Werner on 6/15/05 (PMI 000178-PMI 000185) | | | | | |
| 111 | David Weir Depo. Ex. 13; email from Mark Hirsch to David Weir on 12/16/03 (MW0089-MW0110) | | | | | |

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

C:\DOCUME~1\KSTROM~1\LOCALS~1\TEMP\NOTESFFF692\PRETRIAL.ORDER.FINAL.

| 112 | David Weir Depo. Ex. 14; Co-Marketing Agreement for the Total Distributor Management System (PMI 000027-PMI 000036) | | | | |
| 113 | David Weir Depo. Ex. 15; email from David Weir to Jeff Leonard on 1/21/04 (MW0003-MW0004) | | | | |
| 114 | David Weir Depo. Ex. 16; email from David Weir to Paul Wiese on 1/22/04 (MW0019) | | | | |
| 115 | David Weir Depo. Ex. 17; email from Jeff Leonard to David Weir on 1/22/04 (PMI 000168-PMI 000169) | | | | |
| 116 | David Weir Depo. Ex. 18; email from David Weir to Paul Wiese on 2/2/04 (MW0017-MW0018) | | | | |
| 117 | David Weir Depo. Ex. 19; email from David Weir to Jeff Leonard on 2/4/04 (MW0005-MW0007) | | | | |
| 118 | David Weir Depo. Ex. 20; email from David Weir to Paul Wiese on 2/10/04 (MW0024-MW0029) | | | | |
| 119 | David Weir Depo. Ex. 21; email from David Weir to Paul Wiese on 2/10/04 (MW0010-MW0016) | | | | |
| 120 | David Weir Depo. Ex. 22; email from David Weir to Paul Wiese on 4/8/04 (MW0020-MW0023) | | | | |
| 121 | David Weir Depo. Ex. 23; email from Paul Wiese to David Weir on 4/8/04 (PMI 000083-PMI 000087) | | | | |

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

C:\DOCUME~1\KSTROM~1\LOCALS~1\TEMP\NOTESFFF692\PRETRIAL.ORDER.FINAL.

| | | | | | |
|---|---|---|---|---|---|
| 122 | David Weir Depo. Ex. 24; email from David Weir to John Petlansky on 4/27/04 (MW0084-MW0087) | | | | |
| 123 | David Weir Depo. Ex. 25; email from Jeff Leonard to Matt Werner on 6/15/05 (PMI 000095-PMI 000096; MW0572) | | | | |
| 124 | David Weir Depo. Ex. 26; Pacific Medical Meeting Minutes dated 6/2/04 (MW0036-MW0037) | | | | |
| 125 | David Weir Depo. Ex. 27; email from Shelly Arnold to Rob Crichton on 2/10/06 (MW0567-MW0568) | | | | |
| 126 | David Weir Depo. Ex. 28; email from Shelly Arnold to Rob Crichton on 2/10/06 (MW0569-MW0570) | | | | |
| 127 | David Weir Depo. Ex. 29; Mobile Workforce, Inc. A/R Aging Detail | | | | |
| 128 | David Weir Depo. Ex. 30; Check dated 12/23/03 from New Tech Leasing Company LLC to Mobile Workforce in the amount of $111,748.03 | | | | |
| 129 | David Weir Depo. Ex. 31; email from Jeff Leonard to Matt Werner on 6/15/05 (PMI 000134) | | | | |
| 130 | David Weir Depo. Ex. 32; email from David Weir to Paul Wiese on 2/12/04 (PMI 000137-PMI 000139) | | | | |
| 131 | David Weir Depo. Ex. 33; email from Jeff Leonard to Matt Werner on 6/15/05 (PMI 000106-PMI 000107) | | | | |

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

C:\DOCUME~1\KSTROM~1\LOCALS~1\TEMP\NOTESFFF692\PRETRIAL.ORDER.FINAL.

| | | | | | |
|---|---|---|---|---|---|
| 132 | David Weir Depo. Ex. 34; email from David Weir to Jeff Leonard on 11/5/03 (PMI 000173-PMI 000177) | | | | Relevance |
| 133 | David Weir Depo. Ex. 35; email from David Weir to Paul Wiese on 5/25/04 (PMI 00079-PMI 00080; MW0008-0009) | | | | |
| 134 | David Weir Depo. Ex. 36; Rebuttal of Expert Opinion Report of William Beardsley by David Weir dated 1/9/06 | | | | |
| 135 | David Weir Depo. Ex. 38; Resume for Shelly R. Arnold | | | | |
| 136 | David Weir Depo. Ex. 39; email from Shelly Arnold to announcement list-serve on 7/14/03 (MW0555-MW0556) | | | | |
| 137 | David Weir Depo. Ex. 40; email from David Weir to Jeff Leonard and Paul Wiese on 9/2/03 (PMI 000237) | | | | |
| 138 | David Weir Depo. Ex. 41; email from Shelly Arnold to Rob Crichton on 2/10/06 (MW0563-MW0564) | | | | |
| 139 | David Weir Depo. Ex. 42; email from Shelly Arnold to Rob Crichton on 2/10/06 (MW0565-WM0566) | | | | |
| 140 | David Weir Depo. Ex. 43; email from Shelly Arnold to Paul Wiese on 7/14/04 (PMI 000078) | | | | |
| 141 | David Weir Depo. Ex. 44; Release Notes Mobile Workforce Worksmart! Release 2.5 | | | | |

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

C:\DOCUME~1\KSTROM~1\LOCALS~1\TEMP\NOTESFFF692\PRETRIAL.ORDER.FINAL.

| 142 | David Weir Depo. Ex. 47; email from Jess Krimsky to Shelly Arnold on 12/2/04 (MW0583-MW0585) | | | | |
|---|---|---|---|---|---|
| 143 | David Weir Depo. Ex. 48; product order list (MW0588) | | | | |
| 144 | Paul Wiese Depo. Ex. 50; End-User License Agreement (EULA) (MW0366-MW0369) | | | | |
| 145 | Paul Wiese Depo. Ex. 52; email from Jeff Leonard to Matt Werner on 6/15/05 (various Bates Nos.) | | Lack of foundation | | Relevance; hearsay |
| 146 | Jeffery Leonard Depo. Ex. 53; Check No. 30139 dated 3/26/03 from Pacific Medical, Inc. to Mobile Workforce in the amount of $1.00 (MW0370) | | | | |
| 147 | Jeffery Leonard Depo. Ex. 54; Terms and Condition of Sale (MW0360-MW0364) | | | | |
| 148 | David Gamroth Depo. Ex. 1; January 2004 WorkSmarter! Newsletter | | | | Relevance |
| 149 | Defendants' Motion to Vacate Default Judgment; No. CV05-5726 RBL; U. S. District Court Western District of Washington at Seattle; Xybec v. Mobile Workforce | | | | Relevance |

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

C:\DOCUME~1\KSTROM~1\LOCALS~1\TEMP\NOTESFFF692\PRETRIAL.ORDER.FINAL.

| 150 | Declaration of David Weir in Support of Defendants' Motion to Vacate Default Judgment; No. CV05-5726 RBL; U. S. District Court Western District of Washington at Seattle; Xybec v. Mobile Workforce | | | | |
|-----|-----|-----|-----|-----|-----|
| 151 | Resume for William R. Beardsley | | | | |
| 152 | Expert Opinion Report by William R. Beardsley | | | | Hearsay |
| 153 | Deposition transcript of David Weir | | | | |
| 154 | Deposition transcript of Shelly Arnold | | | | |

## VIII. ACTION BY THE COURT

a.   This case is scheduled for trial before the Court on October 25, 2006 at 9:00 a.m.

b.   Trial briefs shall be submitted to the Court on or before October 3, 2006.

c.   Proposed Findings of Fact and Conclusions of Law shall be submitted to the Court on or before October 3, 2006.

This order has been approved by the parties as evidenced by the signatures of their counsel.   This order shall control the subsequent course of action unless modified by a subsequent order.   This order shall not be amended except by order of the Court pursuant to agreement of the parties or to prevent manifest injustice.


DATED this 24th day of October, 2006.


_Karen L. Strombom_
Karen L. Strombom
United States Magistrate Judge

PRETRIAL ORDER
(C05-5229 KLS) Page - 26

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

C:\DOCUME~1\KSTROM~1\LOCALS~1\TEMP\NOTESFFF692\PRETRIAL.ORDER.FINAL.

1

2    FORM APPROVED:

3    KELLER ROHRBACK, L.L.P.

4
     By _____/s/_____
5         Rob J. Crichton, WSBA #20471
          Attorneys for Plaintiff Mobile Workforce, Inc.
6

7    LINDSAY, HART, NEIL & WEIGLER, LLP

8
     By_____/s/_____
9         Edward T. Tylicki, WSBA #30082
          Attorney for Defendant Pacific Medical, Inc.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PRETRIAL ORDER
(C05-5229 KLS) Page - 27

C:\DOCUME~1\KSTROM~1\LOCALS~1\TEMP\NOTESFFF692\PRETRIAL.ORDER.FINAL.

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384