UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MOBILE WORKFORCE INC., a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>PACIFIC MEDICAL, INC. a California Corporation<br><br>　　　　　　　Defendant. | Case No.  C05-5229 KLS<br><br>ORDER AMENDING FINDINGS AND CONCLUSIONS |

　　　Finding No. 16 of the Court's Findings of Fact and Conclusions of Law (Dkt. #51) is hereby amended, as requested by the Plaintiff, to reference payment made by New Tech Leasing Company LLC "on behalf of Pacific Medical" rather than "on behalf of Mobile Workforce."

　　　Finding No. 49 of the Court's Findings of Fact and Conclusions of Law is hereby amended, as requested by the Plaintiff, to refer to "the June 2, 2004 meeting" rather than to a meeting in 2005.

　　　DATED this 16th day of January, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Karen L. Strombom
　　　　　　　　　　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Order Amending Findings & Conclusions
Page - 2