UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MOBILE WORKFORCE INC., a Delaware corporation,<br><br>           Plaintiff,<br><br>           v.<br><br>PACIFIC MEDICAL, INC. a California Corporation<br><br>           Defendant. | Case No. C05-5229 KLS<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

The Plaintiff filed a Motion for Reconsideration (Dkt. #52) regarding the denial of the Plaintiff's request for an award of attorney fees and costs. After consideration the Plaintiff's motion, the Defendant's Response (Dkt. #55) and the Plaintiff's Reply (Dkt. #56), the Motion for Reconsideration is hereby DENIED.

DATED this 9th day of February, 2007.

Karen L. Strombom
United States Magistrate Judge

Order Denying Motion for Reconsideration
Page - 1